ATTACHMENT 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | |
| | : | | |
| vs. | : | DOCKET NUMBER: | 17-CR-20739-001 |
| | : | | |
| Lenard SMITH | : | | |

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following sanction:

X Verbal reprimand to adhere to the following conditions:
"You must not commit another federal, state or local crime."

"If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours."

Increased reporting to the probation officer as follows: _____
☐ Increased drug testing as follows: _____
☐ Participation in drug, alcohol, or mental health treatment.
☐ Complete _____ hours community service as directed.
☐ Comply with the following curfew restrictions or home confinement: _____
☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
☐ Serve _____ days in jail, to be released on _____
☐ Termination from the H.O.P.E Program.
☐ Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E Program review date is on <u>September 19, 2024</u>, at 2:00 p.m. at the U.S. Courthouse in the Eastern District of Michigan.

Dated this <u>August 15, 2024</u>

s/Paul D. Borman
United States District Judge