ATTACHMENT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | DOCKET NUMBER:  17-CR-20739 |
| | : | |
| SMITH, Lenard | : | |

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following reprimand and sanction:

X  Loss of credit in the HOPE Program for six months.

X  Verbal reprimand to adhere to the following conditions: "You must not commit another federal, state or local crime"

X  You must reside in a Residential Reentry Center (RRC) for up to 180 days. You must follow the rules and regulations of the center. Subsistence is waived. While at the RRC, you shall be allowed to earn social time, if you are in compliance with all facility criteria and probationary standards and as approved by the probation department.

X  Participate in treatment as directed by the probation department.

☐  Return to the U.S. Courthouse on _____ to observe the following proceedings: _____

☐  Provide a written _____ -page explanation for noncompliant behavior, as directed.
☐  Travel restricted as follows: _____
☐  Increased drug testing as follows: _____
☐  Participation in drug, alcohol, or mental health treatment.
☐  Complete _____ hours community service as directed.
☐  Comply with the following curfew restrictions or home confinement: _____

☐  Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
☐  Serve _____ days in jail, to be released on _____
☐  Termination from the H.O.P.E Program.
☐  Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Your next H.O.P.E. Program review date is on April 17, 2025
at the U.S. Courthouse in the Eastern District of Michigan.

Dated this 20th day of March 2025.

_____
United States District Judge