ATTACHMENT 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | DOCKET NUMBER:    17-CR-20739-001 |
| | : | |
| SMITH, Lenard | : | |

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E.) PROGRAM

The Court imposes the following reprimand and sanction:

☐ Return to the U.S. Courthouse on _____ to observe the following proceedings: _____

☐ Provide a written _____ -page explanation for noncompliant behavior, as directed.
☐ Travel restricted as follows: _____
☐ Increased drug testing as follows: _____
☐ Participation in drug, alcohol, or mental health treatment.
☐ Complete _____ hours community service as directed.
☐ Comply with the following curfew restrictions or home confinement: _____

☐ Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
☐ Serve _____ days in jail, to be released on _____
**X** Termination from the H.O.P.E. Program.
☐ Changes in current treatment: _____

All previously-imposed terms and conditions of your supervised release remain in effect, unless expressly noted otherwise.

Dated this <u>17th</u> day of <u>April 2025</u>.

_____
United States District Judge